Jennifer J. Brady (SBN 233440)
Email:    jbrady@reedsmith.com
Carolee A. Hoover (SBN 665104)
Email:    choover@reedsmith.com
Rana Ansari-Jaberi (SBN 262008)
Email:    ransari@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNIE CALAIS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PRICE-SIMMS FORD LLC dba FORD LINCOLN FAIRFIELD, a limited liability corporation; BANK OF AMERICA, N.A., a corporation; BANK OF THE WEST, a corporation; FORD MOTOR CREDIT COMPANY LLC dba LINCOLN AUTOMOTIVE FINANCIAL SERVICES, a limited liability corporation,<br><br>　　　　　　Defendants. | Case No. 2:12-CV-02283-MCE-EFB<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT BANK OF AMERICA, N.A.'S' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Compl. Filed:  Sep. 6, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant BANK OF AMERICA, N.A. shall have an extension of time, through and including November 28, 2012, to file an answer or to otherwise respond to the Complaint filed by Plaintiff MINNIE CALAIS, on September 6, 2012, in the above-referenced matter.

| | |
|---|---|
| Dated: October 26, 2012 | REED SMITH, LLP |
| | By: _____/s/ *Rana Ansari-Jaberi*_____<br>Jennifer J. Brady<br>Carolee A. Hoover<br>Rana Ansari-Jaberi<br>Attorneys for Defendant BANK OF AMERICA, N.A. |
| Dated: October 26, 2012 | CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY<br>LAW OFFICE OF TYLER S. HINZ |
| | By: _____/s/__*William E. Kennedy*_____<br>William E. Kennedy<br>Tyler S. Hinz<br>Attorneys for Plaintiff MINNIE CALAIS |

The above stipulation having been considered and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

– 2 –
**STIPULATION AN ORDER EXTENDING DEFENDANT BANK OF AMERICA, N.A.'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**
*Calais v. Price-Simms Ford LLC et al.*, Case No. 2:12-CV-02283-MCE-EFB