1  William E. Kennedy (CSB#158214)
   CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2  2797 Park Avenue, Suite 201
   Santa Clara CA, 95050
3  Telephone: (408) 241-1000
4  Fax: (408) 241-1500
   wkennedy@kennedyconsumerlaw.com
5
6  LAW OFFICE OF TYLER S. HINZ
   Tyler S. Hinz (CSB #280612)
7  (Tyler.Consumer@gmail.com)
   2797 Park Ave, Suite 201
8  Santa Clara CA, 95050
   (408)218-6665-Tel
9
10 Attorneys for Plaintiff MINNIE CALAIS

11
                    **UNITED STATES DISTRICT COURT**
12
                   **EASTERN DISTRICT OF CALIFORNIA**
13

14                                          )   Case No. 2:12-CV-02283-MCE-AC
                                            )
15  MINNIE CALAIS, an individual            )   **ORDER**
                                            )
16              Plaintiff,                  )
                                            )
17  vs.                                     )
                                            )
18                                          )
    PRICE-SIMMS FORD LLC dba FORD           )
19  LINCOLN FAIRFIELD, a limited liability  )
    corporation; BANK OF AMERICA, N.A., a   )
20  corporation; BANK OF THE WEST, a        )
    corporation; FORD MOTOR CREDIT          )
21  COMPANY LLC dba LINCOLN                  )
    AUTOMOTIVE FINANCIAL SERVICES, a )
22  limited liability corporation,          )
                                            )
23                                          )
                Defendants.                 )
24                                          )

25

26

27

28

                            1

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, IT IS ORDERED THAT THIS ACTION BE, AND

HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with

each bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

IT IS SO ORDERED.

DATED:  April 29, 2013

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT